<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1084**

ARTHUR TRACY,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; UNITED STATES OF
AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-01-1031-7)

Submitted: March 21, 2002        Decided: March 28, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Tracy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Tracy appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint for failure to state a claim upon which relief may be granted. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Tracy v. Virginia, No. CA-01-1031-7 (W.D. Va. filed Dec. 26, 2001; entered Dec. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED